PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| OMAR McCOY, | ) | CASE NO. 1:10CV00210 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| MARGARET BRADSHAW, Warden | ) | |
| | ) | |
| Respondent. | ) | **JUDGMENT ENTRY** |

For the reasons set forth in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entryhe Court hereby adopts the Report and Recommendation (ECF No. 12-1), and the Court overrules Petitioner's objections to the Report and Recommendation (ECF No. 15). For the reasons stated above, Petitioner's Petition for Habeas Corpus (ECF No. 1) is denied in its entirety.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

| | |
|---|---|
| May 18, 2012 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |